UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
JOSEPH J. JAMES                                     :
                                                    :
                Plaintiff,                          :         **ORDER**
                                                    :
        -against-                                   :         03-CV-2366 (DLI)(SMG)
                                                    :
GREATER BIBLEWAY TEMPLE INC.,                       :
and HENRY ALLEN GIBBS,                              :
                                                    :
                                                    :
                Defendants.                         :
----------------------------------------------------------------x
----------------------------------------------------------------x
LOVANDA M. JONES                                    :
                                                    :
                Plaintiff,                          :
                                                    :
        -against-                                   :         03-CV-6437 (DLI)(SMG)
                                                    :
GREATER BIBLEWAY TEMPLE INC.,                       :
and HENRY ALLEN GIBBS,                              :
                                                    :
                                                    :
                Defendants.                         :
----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Steven M. Gold, U.S.M.J. dated September 6, 2005; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby ORDERED that defendants' motion for summary judgment is granted as to plaintiff Jones and is denied as to plaintiff James. It is further ORDERED that the action filed under **Docket # 03-cv-6437** is dismissed and the Clerk of this Court is directed to close the file maintained in this matter.

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.

DATED:   Brooklyn, New York
         September 22, 2005                 _____/s/_____
                                            DORA L. IRIZARRY
                                            United States District Judge