**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 1 2 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH J. JAMES,   JUDGMENT
                   03-CV- 2366 (DLI)
          Plaintiff,

  -against-


GREATER BIBLEWAY TEMPLE INC.,
and HENRY ALLEN GIBBS,


          Defendants.
----------------------------------------------------------------X
----------------------------------------------------------------X
LOVANDA M. JONES,

          Plaintiff,

  -against-   03-CV- 6437 (DLI)


GREATER BIBLEWAY TEMPLE INC.,
and HENRY ALLEN GIBBS,


          Defendants.
----------------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 22, 2005, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 6, 2005, granting defendants' motion for summary judgment as to plaintiff Lovanda M. Jones and is denied as to plaintiff Joseph J. James; and dismissing the action filed under Docket # 03-CV- 6437; it is



JUDGMENT
03-CV- 2366 (DLI)
03-CV- 6437 (DLI)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; that defendants' motion for summary judgment is granted as to plaintiff Lovanda M. Jones and is denied as to plaintiff Joseph J. James; and that the action filed under Docket # 03-CV- 6437 is dismissed.

Dated: Brooklyn, New York
October 05, 2005

ROBERT C. HEINEMANN
Clerk of Court